UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-3874-GW-MBKx | Date | August 17, 2026 |
| Title | *Mikalah Dixon v. Alclear, LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Araceli Prado | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Lily Short | Martin Vigodnier |

**PROCEEDINGS: PLAINTIFF'S MOTION TO REMAND [16]**

The Court issued its Tentative Ruling on Plaintiff's Motion [16] on August 14, 2026 [22]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

A scheduling conference is set for September 17, 2026 at 8:30 a.m. The parties are to file a joint Rule 26(f) report by noon on September 14, 2026.

: 02

Initials of Preparer JG